**Michael A. ENDRES, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3206.

United States Court of Appeals, Federal Circuit.

May 5, 2009.

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

ON MOTION

LINN, Circuit Judge.

*ORDER*

Michael A. Endres and the Department of Veterans Affairs jointly move to remand this petition for review to Merit Systems

Protection Board, due to settlement, for further proceedings.

Upon consideration thereof

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.